The Brooklyn Trust Company, as Trustee, etc., Respondent, v. David M. Hanley, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Jacob Caminez, Respondent, v. Sussman Brothers & Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the answer raises an issue as to the presentation and notice of dishonor of the check in suit, and judgment upon the pleadings should not have been directed. (*Cassel* v. *Regierer*, 114 N Y. Supp. 601.) The failure to obtain an order directing the issues to be tried was waived by the plaintiff. (*Tautphoeus* v. *Harbor & Suburban Assn.*, 96 App. Div. 23; *Blenderman* v. *Bellis Co.*, 64 Misc. Rep. 65.) The appeal from the order denying the motion to set aside the judgment is dismissed, without costs. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

The County of Westchester, Respondent, v. The Trustees of the Leake & Watts Orphan House, in the City of New York, and Others, Defendants, Impleaded with John J. Brady and Others, Appellants.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

William E. Dennis, Respondent, v. F. D. Doolittle, Incorporated, and Another, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

A. Lincoln Gilmour, Respondent, v. The Flatbush Amusement Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the plaintiff has not established by a fair preponderance of evidence any valid action on the part of the directors or stockholders of the defendant company that he should be compensated for his services, or fixing the amount of such compensation. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Charles V. La Violette, Respondent, v. William H. Crawford, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the evidence shows that the causes of action are against Crawford & Co. and not against Crawford individually. Woodward, Jenks, Burr and Thomas JJ., concurred; Hirschberg, P. J., dissented.

Levin & Meyer Contracting Company, Plaintiff, v. Lena Hart, Appellant, Impleaded with Charles Cohen, Defendant, and Isaac Goldberg and Joseph Kleid, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Charles Macrea, Respondent, v. Gotham Rubber Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Blanche A. Magill, Respondent, v. Susan A. Magill and Harry N. W. Magill, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. Harry Brower, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Hirschberg, P. J., Woodward, Thomas and Rich, JJ., concurred; Jenks, J., dissented.